BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | 2:13-MJ-00336-DAD |
| ) | |
| Plaintiff,  ) | ORDER VACATING COURT TRIAL AND |
| ) | SETTING A CHANGE OF PLEA |
| v.  ) | |
| ) | |
| MICHAEL S. KEEVER,  ) | |
| ) | DATE: February 12, 2014 |
| Defendant.  ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Dale A. Drozd |
| ) | |
| ) | |

   Pursuant to the stipulation of the parties, it is hereby ordered that the court trial scheduled for February 12, 2014 at 9:00 a.m. is vacated.  It is further ordered that a change of plea hearing is set for March 18, 2014 at 10:00 a.m.

   IT IS SO ORDERED.

Dated:  February 14, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Keever0336.stipo.cop

1